UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:20-cr-281-TPB-JSS | DATE: | May 20, 2021 |
|---|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | **INTERPRETER:** | James Plunkett (sworn) |
| | | **LANGUAGE:** | Spanish |
| **UNITED STATES OF AMERICA** **v.** **OSCAR TOLOZA ESTUPINAN** | | **GOVERNMENT COUNSEL** Daniel Baeza, AUSA | |
| | | **DEFENSE COUNSEL** Anne Borghetti, CJA | |
| **COURT REPORTER:** Rebekah Lockwood | | **DEPUTY CLERK:** | Caleb Houston |
| **TIME:** 10:35AM – 10:55AM | **TOTAL:** 20 Min | **PROBATION:** | Ashley Shaw |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS:** **SENTENCING HEARING**

Defendant sworn and adjudged guilty on Count One of the Superseding Indictment.

Statements made by Counsel.

Defendant addressed the Court.

Imprisonment: Total term of **EIGHTY-FOUR (84) MONTHS.**

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCI Miami.
- Defendant be allowed to take an English for Speakers of Other Languages (ESOL) class.
- Defendant be allowed to participate in vocational training in the area of auto mechanics and carpentry.

Supervised Release: **TWO (2) YEARS**

Fine is waived.   Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:

1. Should the defendant be deported, he shall not be allowed to re-enter the United States without the express permission of the appropriate governmental authority.

2. Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

3. The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. The Defendant must submit to random drug testing not to exceed 104 tests per year.

Count Two of the Superseding Indictment is dismissed in accordance with the plea agreement. The underlying Indictment is dismissed by government's motion.

Defendant's oral motion for downward variance is **GRANTED**.

Defendant is remanded to the custody of the US Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING
(prior to any variances/departures)

| | |
|---|---|
| Total Offense Level | 33 |
| Criminal History Category | I |
| Imprisonment Range | 135 - 168 Months |
| Supervised Release Range | 2 - 5 Years |
| Restitution | N/A |
| Fine Range | $35,000 - $10,000,000 |
| Special Assessment | $100.00 |